# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WILLIAM CHAPLIN,        )<br>    Plaintiffs        )<br>                                )<br>v.                              )<br>                                )<br>UNIVERSITY OF MASSACHUSETTS AT )<br>AMHERST, ET AL.,                )<br>    Defendants       ) | CIVIL ACTION NO.<br>3:12-cv-30074 -MAP |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]   **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendants University of Massachusetts at Amherst, et al., against the plaintiff William Chaplin, pursuant to the court's endorsed order entered this date, granting the defendant's motion to dismiss.

                                   **SARAH A. THORNTON**,
                                   CLERK OF COURT

Dated: June 19, 2012                By /s/ *Maurice G. Lindsay*
                                      Maurice G. Lindsay
                                      Deputy Clerk